UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUBEN RANKE,

      Plaintiff,

v.

GRETCHEN WHITMER ET. AL.,

      Defendants.

_____/

Case No. 19-13332

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
MICHAEL J. HLUCHANIUK

**ORDER ADOPTING REPORT AND RECOMMENDATIONS [17] & [19]; GRANTING PLAINTIFF'S MOTION TO DISMISS [15]**

On November 12, 2019, *pro se* Plaintiff Ruben Ranke filed this prisoner civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Gretchen Whitmer, Dana Nessel, John A. McColgan, and Kym L. Worthy. Plaintiff filed a Motion to Dismiss [15] on January 3, 2020, because he is a member of a class action lawsuit. (ECF No. 15). Defendant McColgan filed a Response [18] on January 28, 2020 stating that he does not object to dismissal. (ECF No. 18, PageID. 43).

On January 7, 2020 and January 29, 2020, the Magistrate Judge issued Report and Recommendations ("R&Rs") [17] & [19] recommending that the Court grant Plaintiff's Motion to Dismiss [15] his suit against all defendants without prejudice. Neither party having filed an objection to the R&Rs and the Court having reviewed

the record, the R&Rs [17] & [19] are hereby **ADOPTED** and entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Dismiss [15] is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

Dated: July 8, 2020

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge